#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:06CR00417-08 JLH | |
| GARY PAUL HOLDER, JR. | | DEFENDANT |

### ORDER

The government has filed a motion to dismiss without prejudice as to Gary Paul Holder, Jr. The motion is GRANTED. Docket #230. The indictment is hereby dismissed without prejudice as to Gary Paul Holder, Jr.

IT IS SO ORDERED this 31st day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE